UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENE ANTHONY HARRY ALLEN,<br><br>　　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>THE STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　　　Defendants | Case No.  3:21-cv-00089-MMD-WGC<br><br>**ORDER** |

**I.   DISCUSSION**

On February 8, 2021, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* to the U.S. District Court for the Eastern District of New York.  (ECF Nos. 1, 2).  On February 12, 2021, a transfer order was entered by U.S. District Judge Ann M. Donnelly finding this Court as the proper venue for Plaintiff's action and transferring the case to the U.S. District Court for the District of Nevada.  (ECF No. 6).

Following transfer to the District of Nevada, Case No. 2:21-cv-00262-RFB-VCF was opened on February 17, 2021.  However, upon further review, it was determined the case had been inadvertently opened in Southern Division of Nevada rather than the appropriate Northern Division.  Therefore, Southern Division Case No. 2:21-cv-00262-RFB-VCF was closed (ECF No. 8) and this Northern Division Case No. 3:21-cv-00089-MMD-WGC was opened on February 18, 2021.  <u>Plaintiff shall use only Case No. 3:21-cv-00089-MMD-WGC for all future filings in this case</u>.

Upon review of Plaintiff's application to proceed *in forma pauperis* (ECF No. 2), the Court determines that Plaintiff's application to proceed *in forma pauperis* is incomplete.  As Plaintiff is an inmate of the Lovelock Correctional Center, Plaintiff must submit an application to proceed *in forma pauperis* for an <u>inmate</u> on this Court's approved form, together with a financial certificate and an inmate account statement for the previous six-

month period.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee. To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) without prejudice because the application is incomplete. The Court will grant Plaintiff a **one-time extension** to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents. Plaintiff will file a fully complete application to proceed *in forma pauperis* on or before **April 23, 2021**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time. If Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three required documents on or before **April 23, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with the application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **April 23, 2021** to proceed with this case.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1), but the Court will not file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is denied without prejudice to file a new fully complete application to proceed *in forma pauperis* with all three documents.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **April 23, 2021**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **April 23, 2021**, this case will be subject to dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the the full $402 filing fee.

/ / /

/ / /

1    IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint
2 (ECF No.1) but will not file it at this time.
3    DATED:  February 22, 2021

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE